■ In the Matter of PETER KOSCHUK, Appellant, v JOSEPH KLEINFELDER et al., Comprising Zoning Board of Appeals of Town of West Seneca, Respondents. [705 NYS2d 547] —Judgment unanimously affirmed without costs. Memorandum: Supreme Court properly denied the petition seeking to annul respondents' determination denying an area variance (*see*, Town Law § 267-c [1]). Petitioner failed to present "dollars and cents" proof in support of his contention that the denial of the variance amounted to a confiscatory taking (*see, Matter of Khan v Zoning Bd. of Appeals*, 87 NY2d 344, 352, *rearg denied* 87 NY2d 1056). Petitioner's contention that literal application of the zoning regulations results in a practical difficulty or unnecessary hardship "is not raised in the CPLR article 78 petition, and thus it is not preserved for our review" (*Matter of Kemp v Erie County Dept. of Social Servs.*, 266 AD2d 905, 906; *see, Gregory v Town of Cambria*, 69 NY2d 655, 656-657; *Matter of Sinclair v Coughlin*, 136 AD2d 645). In any event, Town Law § 267-b (3) (b) eliminates any express reference to "practical difficulties or unnecessary hardships" (Town Law former § 267 [5]) as the standard for the issuance of area variances (*see, Matter of Sasso v Osgood*, 86 NY2d 374, 384). (Appeal from Judgment of Supreme Court, Erie County, Mintz, J.—CPLR

art 78.) Present—Pine, J. P., Wisner, Hurlbutt, Kehoe and Lawton, JJ.